In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title, etc., to the Real Property Required for the Opening and Extending of Northern Boulevard (Broadway-Jackson Avenue) from Auburndale (Cemetery) Lane to the Easterly Boundary Line of the City of New York, etc., in the Borough of Queens, City of New York, as Amended, etc. McCLENAHAN REALTY CO., INC., and Others, Respondents.— Motion for reargument granted

and on reargument order affirmed, with ten dollars costs and disbursements. In view of the circumstances presented, if the appellant makes application for leave to appeal to the Court of Appeals, such application will be granted and question certified. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ. [See 242 App. Div. 690.]